# ALABAMA COURT OF CRIMINAL APPEALS



January 12, 2024

**CR-2022-1358**

Larry Jerome Grady v. Alabama Board of Pardons and Paroles (Appeal from
Montgomery Circuit Court: CV-22-60)

## <u>NOTICE</u>

You are hereby notified that on January 12, 2024, the following action was
taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk